IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Northern Division

In Admiralty

MICHAEL CAHILL, AS THE
PERSONAL REPRESENTATIVE
OF THE ESTATE OF AARON
DREW CAHILL,

       Plaintiff,         Civil Action No. 4:06-cv-000147

v.         **DISMISSAL ORDER**
        F.R.Civ.P. 41

NORFOLK TUG COMPANY,
*in personam*, AND THE
TUG NANCY B, her tackle, apparel,
equipment, apputenances, etc., *in rem*,

       Defendants.

It appearing to the Court from the representations of counsel that all matters in controversy between the parties have been compromised and settled, it is ORDERED that this civil action is DISMISSED AGREED WITH PREJUDICE.

                                /s/ James C. Fox
                                United States District Judge

Enter:    March 4, 2008
           Wilmington, NC

We ask for this:

_____
Of Counsel for Plaintiff
S. Scott Bluestein

_____
Of Counsel for Defendants

F:\DB CLIENTS\5410-NORFOLK TUG\014-NANCY B\DRAFTS\ORDER02-DISMISSAL.DOC